360 A.2d 665
COMMONWEALTH
v.
WYATT, Appellant.

Sub-

mitted December 16, 1975. Mary Rose Cunningham, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.